[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 16, 2010
JOHN LEY
CLERK

No. 09-15229
Non-Argument Calendar

_____

D. C. Docket No. 09-60082-CR-WJZ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALEJANDRO J. GONZALEZ,
a.k.a. Alex Gonzalez,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(August 16, 2010)

Before TJOFLAT, WILSON and HILL, Circuit Judges.

PER CURIAM:

Richard L. Rosenbaum, appointed counsel for Alejandro Gonzalez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gonzalez's conviction and sentence are **AFFIRMED**.